# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140540

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                  SC: 140540
                                                   COA: 295002
                                                   Wayne CC: 08-011405-FC
HOSEA MOORE,
        Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the December 17, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

0719